■ TRAVELERS INSURANCE COMPANIES, Appellant, v HOWARD E. CONRAD, INC., Doing Business as ANCHOR MARINE, Respondent. (Appeal No. 2.) [649 NYS2d 865] —Judgment unanimously affirmed with costs. Same Memorandum as in *Travelers Ins. Cos. v Howard E. Conrad, Inc.* (233 AD2d 890 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.

■ TRAVELERS INSURANCE COMPANIES, Appellant, v HOWARD E. CONRAD, INC., Doing Business as ANCHOR MARINE, Respondent. (Appeal No. 3.) [649 NYS2d 865] —Order unanimously affirmed with costs. Same Memorandum as in *Travelers Ins. Cos. v Howard E. Conrad, Inc.* (233 AD2d 890 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Vacate Order.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.